UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BILL ROMANOWSKI, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RNI, L.L.C., an Arizona limited liability company, and TOM INCLEDON, an individual,<br><br>Defendants. | Case No. C 06 6575<br><br>**[PROPOSED] ORDER RESETTING HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing<br>Date:  January 16, 2008<br>Time:  9:00 a.m.<br>Court: Judge Phyllis J. Hamilton; Courtroom 3 |

Upon motion of Defendants,

IT IS HEREBY ORDERED rescheduling the hearing on Defendants' Motion for Summary Judgment to January 16, 2008, at 9:00 a.m.

DATED: October 29, 2007.

By _____
The Honorable Phyllis J. Hamilton
U.S. District Court

*IT IS SO ORDERED*
[Signature]
Judge Phyllis J. Hamilton