| | |
|---|---|
| 1 | Mark S. Perelman - 120961 |
| | Matthew A. Cebrian - 219168 |
| 2 | Kimberly A. Shields - 245326 |
| | MURPHY, PEARSON, BRADLEY & FEENEY |
| 3 | 88 Kearny Street, 10th Floor |
| | San Francisco, CA 94108-5530 |
| 4 | Tel: (415) 788-1900 |
| | Fax: (415) 393-8087 |
| 5 | |
| 6 | Robert Grasso, Jr., AZ Bar No. 015087 |
| | Kim S. Alvarado, AZ Bar No. 018216 |
| 7 | GRASSO LAW FIRM, P.C. |
| | Jackson Plaza |
| 8 | 4600 South Mill Avenue, Suite 125 |
| | Tempe, AZ 85282 |
| 9 | Tel: (480) 730-5553 |
| | Fax: (480) 730-2810 |
| 10 | (Appearing Pro Hac Vice) |
| 11 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BILL ROMANOWSKI, an individual, | Case No.: C 06 6575 PJH |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING REQUEST FOR SUBSTITUTION OF ATTORNEY |
| v. | |
| RNI, L.L.C., an Arizona limited liability company, and TOM INCLEDON, an individual, | |
| Defendants. | |

The Court hereby orders that the request of RNI, L.L.C. and TOM INCLEDON ("Defendants") to substitute Mark S. Perelman, Matthew A. Cebrian, Kimberly A. Shields and the law firm of Murphy, Pearson, Bradley & Feeney, PC, retained counsel, as attorneys of record in place and in stead

/ / /

- 1 -

of Craig Cardon, Brian David Anderson and the law firm of Sheppard Mullin Richter & Hampton LLP is GRANTED.

Dated: 1/4/08

IT IS SO ORDERED

THE HONORABLE PHYLLIS J. HAMILTON
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KAS.10404815.doc