United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILL ROMANOWSKI,

    Plaintiff(s),

v.

RNI, LLC,

    Defendant(s).

_____/

No. C 06-6575 PJH

**ORDER ADVANCING TRIAL DATE**

Due to a conflict with two criminal trials and the court's unavailability in June, the May 12, 2008 date for trial is **advanced to May 5, 2008**. The pretrial conference remains scheduled for April 10, 2008.

**IT IS SO ORDERED.**

Dated: February 15, 2008

                                          PHYLLIS J. HAMILTON
                                          United States District Judge