UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILL ROMANOWSKI,

    Plaintiff(s),                 No. C 06-6575 PJH

    v.                          **SCHEDULING ORDER**

RNI, LLC,

    Defendant(s).
_____/

By order filed February 15, 2008, the court advanced the trial date from May 12, 2008 to May 5, 2008. Defense counsel, however, has a current conflict with the May 5th trial date and they request a continuance to a later date. They also advise that the conflict may disappear depending on the development of other litigation in which they are involved, in which case they would like to proceed with the May 5th date. They further advise that they believe the trial will take four not eight days. Given that the trial schedule was based upon claims which are no longer in the case, and another party who has been dismissed, the court agrees that this matter can likely be tried in fewer than eight days. As the summer presents too many scheduling conflicts on the court's calendar, this matter needs to go forward in May.

Accordingly, the trial will be continued to May 12, 2008, the original trial date. If defense counsel learns that they can be available on May 5, 2008, they shall confer with opposing counsel and file a stipulation, no later than March 31, 2008, to advance the trial to May 5, 2008. The pretrial conference remains scheduled for April 10, 2008, and pretrial papers shall be filed in accordance with that schedule.

**IT IS SO ORDERED.**

Dated: February 28, 2008

                                                    PHYLLIS J. HAMILTON
                                                    United States District Judge