UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILL ROMANOWSKI,

        Plaintiff(s),                   No. C 06-6575 PJH

  v.                                   **ORDER OF DISMISSAL**

RNI LLC,

        Defendant(s).
_____/

      Counsel for the parties, having advised the court in writing that the parties have agreed to a settlement of this cause, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this court, within sixty (60) days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

      The parties may substitute a dismissal **with** prejudice simply by submitting a stipulation and order for dismissal with prejudice within sixty (60) days.

      SO ORDERED.

Dated: April 3, 2008

                                                      _____
                                                      PHYLLIS J. HAMILTON
                                                      United States District Judge